# United States District Court
# For The Western District of North Carolina
# Asheville Division

CHARLES REX WILES,

        Plaintiff,                          JUDGMENT IN A CIVIL CASE

vs.                                           1:06cv225-03-MU

AVERY MITCHELL CORRECTIONAL
INSTITUTION MEDICAL,

        Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 1, 2006 Order.

                                                FRANK G. JOHNS, CLERK

August 1, 2006                     *s/Elizabeth J. Barton*
                                BY: _____
                                             Elizabeth Barton, Deputy Clerk